So Ordered.

Signed this 16 day of December, 2025.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE: JOSALYN CORTEZ

          Debtor

ORDER APPROVING SETTLEMENT

Case No. 25-60546

Chapter 7

_____

    Upon the reading and filing of the affirmation of Notice of Settlement (ECF#26), setting forth the terms of the settlement of the contested matter filed at ECF# 11 ("the Contested Matter"), and after due deliberation, it is

    **ORDERED and ADJUDGED** that the settlement of the Contested Matter as set forth in the Notice of Settlement is hereby and the same is **APPROVED**.

                              ###